```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       NORTHERN DIVISION
```

U.S.                                                    PETITIONER

v.                          CRIMINAL ACTION NO. 3:12-cr-88 (DCB)

KEITH DEWAYNE TAYLOR                                    RESPONDENT

### Order for Government to Respond to Section 2255 Motion

This cause is before the Court <u>sua sponte</u>, pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, and having reviewed the petitioner's Motion to Vacate Under 28 U.S.C. § 2255, the Court finds that a response to the motion by the government is required.

Accordingly,

IT IS HEREBY ORDERED that the United States Attorney shall file an answer to the petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence in criminal action no. 3:12-cr-88 (DCB), within thirty (30) days from the date of entry of this Order.

SO ORDERED, this the 18th day of August, 2014.

                                    /s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE