IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.                                                              CRIMINAL NO. 3:12CR88DCB-FKB
                                                                 CIVIL NO. 3:14cv355DCB-FKB

KEITH DEWAYNE TAYLOR

ORDER

The Court having reviewed the defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 filed herein; upon motions [Docket Entry 323 and 324] of the United States, and upon a finding that the defendant alleges ineffective assistance of counsel,

IT IS THEREFORE ORDERED that the government furnish a copy of the defendant's motion and brief to former counsel for the movant in the above-mentioned proceedings, Cynthia A. Stewart, and that said former counsel for the movant respond within thirty days of this Order by written affidavit to the allegations made by the movant in the motion, with a copy of the affidavit provided to the government, and the Court further and specifically finds that the movant has waived his right to claim an attorney-client privilege in regard to these proceedings, and

IT IS FURTHER ORDERED that the government submit its Response no later than thirty days after the submission of the above-referenced affidavits.

ORDERED on this, the    25th  day of August , 2014.

              s/David Bramlett e
              DAVID C. BRAMLETTE, III.
              UNITED STATES DISTRICT COURT JUDGE